LOTTIE SCHLANK ET AL., APPELLANTS, v. BOARD OF EDUCATION OF THE DISTRICT OF HOBOKEN, RESPONDENT.

Argued October 24, 1941—Decided January 9, 1942.

For the appellants, *Jerome C. Eisenberg.*

For the respondent, *William J. Hanley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.